# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SUSAN B. NELSON,**

    Plaintiff,

V.            CASE NUMBER: **07-C-436**

**ORLANDO RESIDENCE, LTD.,
ORLANDO RESIDENCE GENERAL,
SAMUEL A. HARDAGE,
ADAM HARDAGE,
KATE ANCELL, and
ORLANDO RESIDENCE, LTD.,
a dissolved Florida limited partnership,**

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendants Orlando Residence, Ltd., Orlando Residence General, Samuel A. Hardage, and Kate Ancell to dismiss plaintiff's 28 U.S.C. § 1655 action for lack of subject matter jurisdiction is GRANTED.**

**Orlando Residence Ltd.'s request for attorney's fees and expenses under 28 U.S.C. § 1927 is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **December 6, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |